IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALMA EHSANUDDIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-708 |
| | ) |
| WOLPOFF & ABRAMSON, | ) Chief Judge Ambrose |
| | ) Magistrate Judge Hay |
| Defendant. | ) |

**ORDER**

AND NOW, this _15th_ day of _Feb._, 2007, after the plaintiff, Salma

Ehsanuddin, filed an action in the above-captioned case,  and after defendant, Wolpoff &

Abramson, filed a Motion to Dismiss, and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties ten days after being served with a copy to file

written objections thereto, and no objections having been filed, and upon independent review of

the record, and upon consideration of the Magistrate Judge's Report and Recommendation,

which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss [Docket No. 6] is

DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if any party desires to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

Donetta W. Ambrose

DONETTA W. AMBROSE
Chief United States District Judge

cc:    Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Jeffrey L. Suher, Esquire
        4328 Old William Penn Highway
        Suite 2J
        Monroeville, PA 15146

        Ronald S. Canter, Esquire
        Wolpoff & Abramson
        702 King Farm Blvd
        Rockville, MD 20850