IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALMA EHSANUDDIN, | ) | Civil Action No,.L 06-708 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Chief Judge Donetta W. Ambrose/ |
| | ) | Mag. Judge Amy Reynolds |
| WOLPOFF & ABRAMSON, L.L.P. | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto that the instant action be and is hereby dismissed with prejudice

IT IS HEREBY STIPULATED by and between counsel for each party to pay their own costs and attorneys fees. Please mark the docket accordingly.

Date: March 30, 2007

STIPULATED AND AGREED:

/s/ Jeffrey L. Suher
Jeffrey L. Suher, Esquire (Pa. I.D. No. 74924)
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
412-374-9005
lawfirm@jeffcanhelp.com
*Attorney for Plaintiff*

/s/Ronald S. Canter
Ronald S. Canter, Esquire (Pa. I.D. No. 94000)
Two Irvington Centre
702 King Farm Boulevard
Rockville, MD 20850
(240) 386-3000
*Attorneys for Defendants*

4/2/07

Approved,

Donetta W. Ambrose